AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>A 2021 silver Mercedes Benz Class A sedan, bearing Arizona license plate number FJA1AE and vehicle identification number (VIN) ending in 92070<br>**(Subject Vehicle 1)** | Case No. 22-002-MB |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A-3.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

   **YOU ARE COMMANDED** to execute this warrant on or before January 17, 2022 *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on criminal duty in the District of Arizona</u>.

N/A  ☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for _30_ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 1/3/2022 @ 345pm   _____
                                         *Judge's signature*

City and state: <u>Phoenix, Arizona</u>   Honorable MICHELLE H. BURNS, U.S. Magistrate Judge
                                         *Printed name and title*

## ATTACHMENT A-3

*Property to be searched*

The property to be searched is a 2021 silver Mercedes Benz Class A sedan, bearing Arizona license plate number FJA1AE and vehicle identification number (VIN) ending in 92070 (**Subject Vehicle 1**), registered to Alice BERDICCHIA at 4802 N. 12th St., Apartment #1018, Phoenix, AZ 85014, including all containers in the vehicle. The vehicle is shown in the photograph below. This warrant authorizes the on- or off-site forensic examination of electronic devices found at the searched location for the purpose of identifying the electronically stored information described in Attachment B.



## ATTACHMENT B

## DESCRIPTION OF ITEMS TO BE SEIZED

1. Evidence/indicia of occupancy or ownership of addresses 4802 N. 12th St., Apartment #1018, Phoenix, AZ 85014, and 5902 Terra Grande Ave., Las Vegas, NV 89122, and any vehicles found thereon during the execution of the warrant, including indicia that Essa WILLIAMS and Alice BERDICCHIA reside at these addresses, including rent receipts, utility bills, telephone bills, addressed mail, rental, purchase or lease agreements, records of real estate transactions, personal identification, checkbooks, rent receipts, payment receipts, financial documents, keys, purchase receipts, sale receipts, photographs, vehicle titles and registration, vehicle pink slips, vehicle maintenance records, and photographs showing persons occupying the residence or vehicle.

2. Firearms, ammunition, magazines, firearms parts, firearms accessories, shell casings, cases, boxes, holsters, slings, gun pieces, gun cleaning items or kits, ammunition belts, original gun box packaging, targets, expended pieces of lead, ammunition components associated with the manufacture or reloading of ammunition, and records, receipts, or other paperwork showing the purchase, storage, disposition, or dominion and control over firearms and ammunition.

3. Books, records, receipts, notes, ledgers, invoices, and any other documentation relating to the possession, transportation, ordering, purchase, or distribution of firearms.

4. Diagrams, instruction manuals, pamphlets, or other tutorial material regarding the purchase or alteration of firearms.

1

5. Records relating to the acquisition and distribution of firearms, firearms parts, and tools and/or equipment associated with the manufacture of firearms, firearms transaction records, acquisition and disposition books, receipts, invoices, notes, ledgers, and pay/owe sheets.

6. Documents relating to the acquisition, purchase, sale, and/or repair of any and all firearms, firearms parts, firearms accessories, and ammunition, including receipts and documents reflecting the names, addresses, and/or telephone numbers of individuals associated with the procurement of these items.

7. Communication devices, including cellular telephones, associated removable media such as SIM cards and memory cards possessed by, belonging to, or under the control of WILLIAMS or BERDICCHIA.

8. Cellular telephones and other communications devices may be seized and searched only for the following items:

    a. Assigned number and identifying telephone serial number (ESN, MIN, IMSI, or IMEI);
    b. Stored list of received calls;
    c. Stored list of sent calls;
    d. Stored contact information;
    e. Stored photographs or videos of firearms, ammunition, other suspected criminal activity, and/or co-conspirators;
    f. Stored voicemail messages; and
    g. Stored text messages.

Cellular telephones and other communications devices may not be searched for additional items without further judicial authorization, in the absence of any other legal basis justifying a search.

9. Records relating to the receipt, transportation, deposit, transfer, or distribution of money, including direct deposit confirmations, wire transfers, money orders, cashier's checks, check stubs, PayPal or other electronic money transfer services, check or money order purchase receipts, account statements, and any other records reflecting the receipt, deposit, or transfer of money.

10. United States currency, foreign currency, financial instruments, negotiable instruments, jewelry, precious metals, stocks, bonds, money wrappers, and receipts or documents regarding purchases of real or personal property.

11. Articles of personal property tending to establish the existence of the violations of Federal firearms laws by WILLIAMS, BERDICCHIA, and co-conspirators, including bank account records, credit card bills, credit cards, receipts and other financial information, personal telephone books (electronic and hard copies), telephone records, telephone bills, address books, correspondence, notes, and papers containing names and/or telephone numbers.

12. Safe deposit box keys, storage locker keys, safes, safety deposit boxes, and related secure storage devices, and documents relating to the rental or ownership of such units where firearms are likely to be stored, and keys, combinations, and/or access codes for such locations.

13. Photographs, including still photos, photographs on cell phones, negatives, video tapes, films, undeveloped film, memory sticks, USB mass storage devices, and slides depicting the subjects of the investigation and their criminal associates (showing association with the associates), their assets, U.S. currency, real and personal property,

3

or possession of firearms, firearms parts, firearms accessories, and ammunition.

14. Proceeds derived from the sale of firearms, firearms parts, firearms accessories, and ammunition, including United States currency, and United States currency intended to be used for the purchase of such firearms, firearms parts, firearms accessories, and ammunition.

15. Documents or other items related to proceeds, or the movement, transfer, or laundering of proceeds, used for the purchase of, or derived from the sale of, firearms or ammunition, including bank account records, wire transfer records, bank statements, money drafts, letters of credit, safe deposit keys and records, money wrappers, money containers, income tax returns, and documentation of financial transfers.